IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER BEUTTEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-cv-2131-DDC-KGS |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Christopher Beuttel, with the stipulation and agreement of defendant, Experian Information Solutions, Inc., hereby dismisses this action with prejudice, each party to bear its or his own costs.

Respectfully submitted,

**CREDIT LAW CENTER**

By: /s/ Andrew M. Esselman
Andrew M. Esselman #26113
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Telephone:   (816) 246-7800
Facsimile:   (855) 523-6884
andrewe@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

**JONES DAY**

By: /s/ Emmett E. Robinson
Emmett E. Robinson (pro hac vice)
901 Lakeside Avenue
Cleveland, Ohio 44114

              Telephone: (216) 586-7128
              Facsimile: (216) 579-0212
              erobinson@jonesday.com
              **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This certifies that on this 12th day of October 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

              /s/ Andrew M. Esselman
              Attorney for Plaintiff